# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                   Case No.:  2:11-cr-43-FtM-29SPC

GERALD HOWARD MEYER
_____

## ORDER

      This matter comes before the Court on a Request for Additional Time dated May 2, 2011. The Defendant was committed to the custody of the Federal Bureau of Prisons for a thirty (30) day mental health evaluation under the provisions of Title 18, United States Code, Section 4241.  The Court requests an opinion as to whether the Defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The Federal Bureau of Prisons seeks to have the Defendant's evaluation period begin on the date of arrival in order to perform a thorough evaluation.  The Court, having considered the request, finds good cause and will allow for the adjusted examination period beginning on the Defendant's date of arrival at the facility on or about April 28, 2011.

      Accordingly, it is now

**ORDERED:**

      The Request for Additional Time (Doc. #) is **GRANTED**.  The adjusted period of examination begins April 28, 2011.  The report containing the evaluation results shall be due within

fifteen days from the termination date of the examination period. The time from the date of the initial hearing requesting the competency evaluation until the Defendant is determined to be competent to stand trial continues to be excludable time.

   **DONE AND ORDERED** at Fort Myers, Florida, this ___31st___ day of May, 2011.

                    /s/ Sheri Polster Chappell
                    SHERI POLSTER CHAPPELL
                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record