UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                         Case No.:  2:11-cr-43-FtM-29SPC

GERALD HOWARD MEYER
_____

**ORDER**

This matter comes before the Court on the Amended Motion to Amplify the Lawful Parameters of Previous Order to Examine the Defendant Under 18 U.S.C. §4241 (Doc. #18) filed on May 3, 2011 and the Government's Response to the Motion (Doc. #19) filed on May 16, 2011. On April 20, 2011, the Court issued an Order (Doc. #15) granting the Defendant's Motion to Determine Competency pursuant to 18 U.S.C §3761(h)(8)(6).  In accordance with the Order, the Defendant was transported to the Federal Detention Center in Miami for competency evaluation.  Counsel seeks to amplify the scope of the mental evaluation.

Upon review of the Motion, the Court does not find sufficient cause to determine an alternate scope of the competency evaluation.  The Federal Detention Center in Miami was instructed as to the appropriate law to follow in determining the Defendant's Competency to stand trial and they are to submit their report in such a fashion.  At this juncture, the Court is not willing to speculate as to the Center's findings in regard to competency or how they may word their report.  However, once the evaluation report is received, Counsel can move the Court for relief should any objections exist to the content of the report.  Until such time, the Court stands by its previously imposed Order.

Accordingly, it is now

**ORDERED:**

The Amended Motion to Amplify the Lawful Parameters of Previous Order to Examine the Defendant Under 18 U.S.C. §4241 (Doc. #18) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record