**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                          Case No.:  2:11-cr-43-FtM-29SPC

GERALD HOWARD MEYER
_____

### ORDER

This matter comes before the Court on Motion for an Order to Produce (Doc. #26) filed on June 22, 2011 and the Status Conference held before the undersigned on July 8, 2011.  The Defendant was present with Assistant Federal Public Defender James Lappan.  The Government was represented by Assistant United States Attorney Yolande Viacava.  The release of materials pertaining to the competency evaluation performed by the U.S. Department of Justice Federal Bureau of Prisons at the Federal Detention Center in Miami, FL was discussed.

Pursuant to stipulation by the parties, the Bureau of Prisons shall provide counsel for the parties with the information consistent with request 8(k) of the Motion (Doc. #26), specifically any report, notes, or materials pertaining to the physical examination performed on the Defendant Gerald Howard Meyer while at the Miami facility.

The Defendant has indicated, and the Government has agreed, that the Defense will contact the Miami facility and request information regarding the June 13, 2011, report generated by the Bureau of Prisons.  Should the facility decline to release information to the parties, a Motion may be filed requesting argument and a court order to produce.  Therefore, at this time, the present Motion in all other respects will be denied without prejudice.

Accordingly, it is now

**ORDERED:**

Motion for an Order to Produce (Doc. #26) is **GRANTED** in part and **DENIED** in part.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th     day of July, 2011.

                                                                       /s/ Sheri Polster Chappell
                                                                       SHERI POLSTER CHAPPELL
                                                                       UNITED STATES MAGISTRATE JUDGE


Copies:      All Parties of Record

                   Linda T. McGrew, Warden
                   U.S. Department of Justice
                   Federal Bureau of Prisons
                   Federal Detention Center
                   33 NE 4th Street
                   Miami, FL 33132