UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:11-cr-43-FtM-29SPC

GERALD HOWARD MEYER

_____

**ORDER**

This matter comes before the Court on the Motion for an Order to Produce (Doc. #34) filed on August 4, 2011. Defense Counsel moves the Court for an Order directing the FDC/Miami records custodian to produce documentation pertaining to the competency evaluation of the Defendant, Gerald Howard Meyer.

The release of third-party records, without written authorization, raises Privacy Act concerns. When the release is sought through Court order, the order should be a Privacy Act Protective Order and the Court must first balance the need for disclosure against the potential harm from disclosure. *See Perry v. State Farm Fire & Cas. Co.,* 734 F.2d 1441, 1447 (11 Cir. 1984). The Court has balanced the need for disclosure against the potential harm and has determined that disclosure outweighs any potential harm.

The Government has no objection to the information sought by the Defense. Having considered the motion, the Court finds good cause and will grant the request to produce as outlined below. Accordingly, it is now

**ORDERED:**

(1) The Motion for an Order to Produce (Doc. #34) is **GRANTED**. The following documentation shall be produced to Defense Counsel, James Lappan, Assistant Federal Public

Defender, 1514 Broadway, Suite 301, Fort Myers, Florida 33901, and to Yolande Viacava, Assistant United States Attorney, 2210 First Street, Suite 3-137, Fort Myers, Florida 33901.

    a.    The curriculum vitae for the following individuals:

        Stacy Grossman, M.S

        Neal Kimble, M.S.

        Elizabeth Johnson, M.A.

        Delvena Thomas, D.O., M.P.H.

    b.    A statement from an appropriate official at FDC/Miami as to the period of time that each of the following individuals spent Mr. Meyer and the tasks that each of the following individuals performed with Mr. Meyer:

        Lisa B. Feldman, Psy.D.

        Stacy Grossman, M.S

        Neal Kimble, M.S.

        Elizabeth Johnson, M.A.

        Delvena Thomas, D.O., M.P.H.

    c.    A copy of Mr. Meyer's central file (including his R + D file and his property records), a copy of his medical records and a copy of his psychiatric/psychological records.

    d.    A full, complete and audible copy of every recording of a monitored telephone conversation that included Mr. Meyer.

    **DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of August, 2011.

                                    */s/ Sheri Polster Chappell*
                                    SHERI POLSTER CHAPPELL
                                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record