**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                    Case No.:  2:11-cr-43-FtM-29SPC

GERALD HOWARD MEYER

_____

**<u>ORDER</u>**

This matter comes before the Court on the Motion for an Order to Produce Additional Material (Doc. #39) filed on August 30, 2011.  The Defendant moves the Court for an Order directing the FDC/Miami to provide the following additional documentation regarding the competency of the Defendant.

> • The names and titles of the members of the FDC/Miami Correctional Services staff who reported on the defendant's adjustment to his unit and incarceration in general.
>
> • The sum and substance of the information provided by these, to date, unidentified members of the FDC/Miami Correctional Services staff.
>
> • Copies of the supporting raw data from all tests and psychometric procedures inventoried in the June 13 report from FDC/Miami, including but not limited to copies of the psychological tests administered and the results of any testing.

Mr. Meyer requests that the Order require FDC/Miami to send copies of supporting raw data from all tests and psychometric procedures, including but not limited to copies of the psychological tests administered and the results of any testing directly to Dr. Jacquelyn Olander at the following address: Psychological Affiliates, Inc.; 2737 West Fairbanks Avenue, Winter Park, Florida, 32789.

Mr. Meyer respectfully requests that the remaining information sought by this Motion be provided directly to undersigned counsel.

The Government filed an expedited response on September 9, 2011.  The Government indicates that although Title 18, U.S.C. Section 4247(c) does not require actual test data or raw data be disclosed, there is no objection to the Defendant's request.

Accordingly, it is now

**ORDERED:**

The Motion for an Order to Produce Additional Material (Doc. #39) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   13th    day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record